UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| CHRIS CATHEY, | - |
| Plaintiff, | - |
| | -   NOTICE OF SETTLEMENT |
| v. | - |
| | -   Case No. 3:13-cv-00994-MBS |
| GC SERVICES, LP | - |
| Defendant. | - |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, CHRIS CATHEY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter

                RESPECTFULLY SUBMITTED,

                KROHN & MOSS, LTD.

DATED: June 10, 2013      By: /s/Chauntel Bland

                                Chauntel Bland, Esquire
                                463 Regency Park Drive
                                Columbia, SC 29210

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Chauntel Bland
Chauntel Bland
Attorney for Plaintiff