**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| CHRIS CATHEY, | - |
| | - |
| Plaintiff, | - |
| | - STIPULATION OF DISMISSAL |
| v. | - |
| | - Case No. 3:13-cv-00994-MBS |
| GC SERVICES, LP | - |
| | - |
| Defendant. | - |

**STIPULATION OF DISMISSAL**

**PLEASE TAKE NOTICE** that Plaintiff, CHRIS CATHEY, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismiss this action with prejudice.

Dated: August 15, 2013     **KROHN & MOSS, LTD.**

By:/s/ Chauntel Bland, Esquire
Chauntel Bland, Esquire
463 Regency Park Drive
Columbia, SC 29210
Attorneys for Plaintiffs

Dated: August 15, 2013     **MORRIS MANNING & MARTIN, LLP**

By:/s/ Seslee S. Mattson
Seslee S. Mattson
District Court No. 6920
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044
Telephone: (404)233-7000
Email: smattson@mmmlaw.com